UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>JASON C. HAMMACK<br><br>        Defendant. | Case No. 1:22-po-00252-SAB<br><br>[Citations #E1762706 CA/51]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Sumeet Kaur, Certified Law Student, hereby moves to dismiss Case No. 1:22-po-00252-SAB [Citations #E1762706 CA/51] against JASON C. HAMMACK, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 12, 2022                   Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                      By:   /s/ *Chan Hee Chu*
                                            CHAN HEE CHU
                                            Special Assistant United States Attorney

# **O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00252-SAB [Citations #E1762706 CA/51] against JASON C. HAMMACK be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 12, 2022**

UNITED STATES MAGISTRATE JUDGE